```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 21184
  VIOLET SYDNOR
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
        Debtor
  SSN XXX-XX-5476


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/26/2005 and was confirmed 09/15/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/30/2007.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------------
GRP FINANCIAL SERVICES C  CURRENT MORTG        .00          .00            .00
GRP FINANCIAL SERVICES C  MORTGAGE ARRE   20654.05          .00       7977.20
DEER & STONE              PRIORITY       NOT FILED          .00            .00
SHAPIRO & KREISMAN        NOTICE ONLY    NOT FILED          .00            .00
CHASE MANHATTAN           COST OF COLLE        .00          .00            .00
DEER & STONE              DEBTOR ATTY     1,000.00                    1,000.00
TOM VAUGHN                TRUSTEE                                       529.80
DEBTOR REFUND             REFUND                                           .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                9,507.00

PRIORITY                                              .00
SECURED                                          7,977.20
UNSECURED                                             .00
ADMINISTRATIVE                                   1,000.00
TRUSTEE COMPENSATION                               529.80
DEBTOR REFUND                                         .00
                       ---------------        ---------------
TOTALS                 9,507.00                  9,507.00




                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 21184 VIOLET SYDNOR
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/05/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE